UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JAMES DAMRON,**

      **Plaintiff,**

  v.

**WARDEN, OHIO DEPARTMENT
OF REHABILITATION AND
CORRECTIONS,** *et al.***,**

      **Defendants.**

                **Civil Action 1:25-cv-0107
                Judge Jeffery P. Hopkins
                Magistrate Judge Elizabeth P. Deavers**

## REPORT AND RECOMMENDATION, NOTICE OF DEFICIENCY, AND ORDER

      Having performed the initial screen of the Amended Complaint required by 28 U.S.C. §§ 1915(e)(2), 1915A, the Undersigned **RECOMMENDS**, at this juncture, the matter can proceed on Plaintiff's claims under 42 U.S.C. § 1983.

      Plaintiff failed to submit service copies of the Complaint for each Defendant, summonses, and U.S. Marshal service forms.  Plaintiff is **ORDERED** to submit, within **TWENTY-ONE (21) DAYS** of the date of this order, if he intend the Marshal to effect service, a completed summons, Marshal service form, and a copy of the Complaint for service upon each Defendant. If Plaintiff does not comply with this Order, the Court will dismiss Plaintiff's claims for want of prosecution.

      If Plaintiff complies with this Order, the United States Marshal is **DIRECTED** to serve each Defendant a copy of the Complaint, a summons, and a copy of this Order by certified mail.

## PROCEDURE ON OBJECTIONS

If any party seeks review by the District Judge of this Report and Recommendation, that party may, within 14 days, file and serve on all parties any objections to the Report and Recommendation, specifically designating this Report and Recommendation, and the part in question, as well as the basis for objection. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Response to objections must be filed within 14 days after being served with a copy. Fed. R. Civ. P. 72(b).

The parties are specifically advised that the failure to object to the Report and Recommendation will result in a waiver of the right to *de novo* review of by the District Judge and waiver of the right to appeal the judgment of the District Court. Even when timely objections are filed, appellate review of issues not raised in those objections is waived. *Robert v. Tesson*, 507 F.3d 981, 994 (6th Cir. 2007) ("[A] general objection to a magistrate judge's report, which fails to specify the issues of contention, does not suffice to preserve an issue for appeal . . . ." (citation omitted)).

**IT IS SO ORDERED.**

Date: May 22, 2025　　　　　　　　　　　　/s/ *Elizabeth A. Preston Deavers*
　　　　　　　　　　　　　　　　　　　　　ELIZABETH A. PRESTON DEAVERS
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE