# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

RAY SCOTT HEID, *et al.*,

    *Plaintiffs*,

vs.

WARDEN, OHIO DEPARTMENT OF
REHABILITATION AND
CORRECTIONS, *et al.*,

    *Defendants*.

Case No. 1:25-cv-107

Judge Jeffery P. Hopkins

---

## ORDER ADOPTING REPORT AND RECOMMENDATION

---

This matter is before the Court on the Report and Recommendation (Doc. 40) issued by Magistrate Judge S. Courter M. Shimeall on June 15, 2026. The Magistrate Judge recommends that Plaintiff's claims against the two Lt. John Does, "John Doe Attorney", Annette Chambers-Smith, "Sargeant" Detty, CO Huffman, Capt. Windom, Mailroom Worker Wright, Eric Graves, "Sargeant" Schumacher, Lt. Shanklin, Wanza Jackson Mitchell, Mailroom Worker Rosengarten, Case Manager Shivley, the Ohio Parole Board, Brian Cook, and Warden Donny Morgan be dismissed without prejudice for failure to timely effect service of process. No objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired.

Having carefully reviewed the comprehensive findings and conclusions of the Magistrate Judge and finding no clear error, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. *See* Fed. R. Civ. P. 72 (advisory committee notes from 1983 amendment) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation"); *see e.g.,*

*Roane v. Warden of Corr. Reception Ctr.*, No. 2:22-cv-2768, 2022 WL 16535903, at *1 (S.D. Ohio Oct. 28, 2022). Accordingly, the Court **DISMISSES** without prejudice Plaintiff's claims against the following defendants for failure to timely effect service of process: the two Lt. John Does, "John Doe Attorney", Annette Chambers-Smith, "Sargeant" Detty, CO Huffman, Capt. Windom, Mailroom Worker Wright, Eric Graves, "Sargeant" Schumacher, Lt. Shanklin, Wanza Jackson Mitchell, Mailroom Worker Rosengarten, Case Manager Shivley, the Ohio Parole Board, Brian Cook, and Warden Donny Morgan.

     **IT IS SO ORDERED.**

June 30, 2026

Jeffery P. Hopkins
United States District Judge